# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JULIE LEWANDOWSKI,
Plaintiffs,

v.

CASE NUMBER: 24-cv-219

KNIGHT BARRY TITLE INC.,
Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is **DISMSISED** pursuant to the judgment of *Raner, et al. v. Knight Barry Title Inc.*, No. 24-cv-211 (E.D. Wis.).

3/2/2026
Date

Linda M. Klemm
Clerk

/s Alexis H.
(By) Deputy Clerk